Michael R. Lozeau (Bar No. 142893)
Email: michael@lozeaudrury.com
Douglas J. Chermak (Bar No. 233382)
Email: doug@lozeaudrury.com
LOZEAU DRURY LLP
1939 Harrison Street, Suite 150
Oakland, CA 94612
Telephone: (510) 836-4200

*Attorneys for Plaintiff Center for Community Action and Environmental Justice*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CENTER FOR COMMUNITY ACTION AND ENVIRONMENTAL JUSTICE, a California non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>UNION PACIFIC RAILROAD COMPANY, a corporation,<br><br>Defendant. | Case No. 5:25-cv-00763-MAR_<br><br>**NOTICE OF SETTLEMENT; JOINT STIPULATION TO VACATE EXISTING CASE DEADLINES**<br><br>(Federal Water Pollution Control Act, 33 U.S.C. §§ 1251 to 1387) |

WHEREAS, on or about October 31, 2024, Plaintiff Center for Community Action and Environmental Justice ("CCAEJ") provided Defendant Union Pacific Railroad Company ("UPRR") with a Notice of Violations and Intent to File Suit ("Notice") under Clean Water Act Section 505, 33 U.S.C. § 1365.

WHEREAS, on March 25, 2025, CCAEJ filed its Complaint against Defendant in this Court. (Dkt. No. 1.)

WHEREAS, CCAEJ and UPRR (the "Settling Parties"), through their

authorized representatives and without either adjudication of CCAEJ's claims, or admission by Defendant of any alleged violation or other wrongdoing, have chosen to resolve in full by way of a proposed Consent Decree the allegations of CCAEJ as set forth in the Notice and Complaint, thereby avoiding the costs and uncertainties of further litigation.

WHEREAS, the Parties executed the proposed Consent Decree on October 21, 2026.

WHEREAS, pursuant to Paragraph 8 of the proposed Consent Decree, on October 22, 2026, CCAEJ submitted the Settling Parties' proposed Consent Decree to the U.S. Environmental Protection Agency and the U.S. Department of Justice (the "Federal Agencies") via certified mail, return receipt requested, for the 45-day statutory review period consistent with 40 C.F.R. Section 135.5. The 45-day review period commences upon the Federal Agencies' acknowledgement of receipt of the proposed Consent Decree.

WHEREAS, on October 22, 2026, the Department of Justice communicated to the Settling Parties that it had received the proposed Consent Decree.

NOW THEREFORE, upon the expiration of the Federal Agencies' review period, and if there is no objection lodged by the Federal Agencies, the Settling Parties will stipulate to and request an order from this Court entering the proposed Consent Decree. Consequently, the Settling Parties submit and stipulate that good cause exists to vacate any and all existing deadlines and obligations in this case, and to set December 18, 2026, as a reasonable deadline for the filing of the Settling Parties' aforementioned request to enter the proposed Consent Decree.

DATED: October 22, 2026

LOZEAU DRURY LLP

*/s/ Douglas J. Chermak*
DOUGLAS J. CHERMAK
Attorneys for Plaintiff
CENTER FOR COMMUNITY ACTION AND ENVIRONMENTAL JUSTICE

DATED: October 22, 2026

BAKER BOTTS LLP

*/s/ Allison Watkins Mallick (as auth. on 10/22/26)*
Allison Watkins Mallick
Attorney for Defendant
UNION PACIFIC RAILROAD COMPANY