JS6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CENTER FOR COMMUNITY ACTION AND ENVIRONMENTAL JUSTICE, a California non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>UNION PACIFIC RAILROAD COMPANY, a corporation,<br><br>Defendant. | Case No. 5:25-cv-00763-MAR<br><br>**~~[PROPOSED]~~ ORDER VACATING CASE DEADLINES PENDING PROPOSED CONSENT DECREE REVIEW**<br><br>(Federal Water Pollution Control Act, 33 U.S.C. §§ 1251 to 1387) |

**~~[PROPOSED]~~ ORDER**

Good cause appearing, and the parties having stipulated and agreed, IT IS HEREBY ORDERED that any and all existing deadlines and obligations in this case, including the service and filing of responsive pleadings, are vacated, and by December 18, 2026, the parties, Plaintiff Center for Community Action and Environmental Justice and Defendant Union Pacific Railroad Company are to file a joint request for the Court to enter the proposed Consent Decree.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: November 2, 2026

HON R BLE argo . Rocconi
United States Magistrate Judge